DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | Cr. No.: _____ 1:25-cr-10030-JDB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 26 U.S.C. § 5822 |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5845(a)(8) |
| | ) | 26 U.S.C. § 5861(c) |
| DALLAS WADE BAKER | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5861(f) |
| | ) | 26 U.S.C. § 5861(i) |
| Defendant. | ) | 26 U.S.C. § 5871 |

# INDICTMENT

**THE GRAND JURY CHARGES:**

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------DALLAS WADE BAKER-------------------------------------

Knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 1 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 2 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

made in violation of chapter 53 of Title 26, by **DALLAS WADE BAKER**, in violation of Title 26, United States Code, Sections 5822, 5861(c) and 5871.

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

------------------------------------------DALLAS WADE BAKER------------------------------------

Knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
| --- | --- |
| 3 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 4 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

------------------------------------------DALLAS WADE BAKER------------------------------------

Knowingly made the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
| --- | --- |
| 5 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 6 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

in violation of Title 26, United States Code, Sections 5822, 5861(f) and 5871.

On or about January 23, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------DALLAS WADE BAKER-------------------------------------

Knowingly possessed the following devices that were firearms, as defined by Section 5845(a)(8) of Title 26, United States Code:

| COUNT NO. | FIREARM |
|---|---|
| 7 | Pipe bomb with yellow zip tie containing a granular powder, multiple screws and a protruding fuse |
| 8 | Pipe bomb with red zip tie containing a granular powder, pyrotechnic stars, 19 .22-caliber bullets and 106 BB's with a protruding fuse |

Not identified by a serial number as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

                                       A TRUE BILL:

                                       _____
                                       FOREPERSON

_____
DATE

JOSEPH C. MURPHY, JR.
INTERIM UNITED STATES ATTORNEY


_____
HILLARY LAWLER PARHAM
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 1:25-cr-10030-JDB |
| | ) | Cr. No.: _____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 26 U.S.C. § 5822 |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5845(a)(8) |
| | ) | 26 U.S.C. § 5861(c) |
| **DALLAS WADE BAKER** | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5861(f) |
| | ) | 26 U.S.C. § 5861(i) |
| Defendant. | ) | 26 U.S.C. § 5871 |

# NOTICE OF PENALTIES

### COUNTS 1-8

NMT 10 years imprisonment, NMT a $10,000.00, or both, and NMT 3 years of supervised release; together with a mandatory special assessment of $100 pursuant to 18 U.S.C. § 3013(a).

Case 3:25-mj-01063-MAB   Document 3   Filed 04/25/25   Page 5 of 5   PageID #5
Case 1:25-cr-10030-JDB   Document 3   Filed 04/23/25   Page 1 of 2   PageID #5
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:25-cr-10030-JDB |
| Dallas Wade Baker | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dallas Wade Baker,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt/possession of NFA Firearms not registered and made in violation of NFA (pipe bombs) with no serial numbers, in violation of 26 U.S.C. Section 5861(c), (d), (f) and (i)

Date: 4/23/2025

*s/Andrew Shulman*
*Issuing officer's signature*

City and state: Jackson, Tennessee

Wendy Oliver, United States District Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*