

# United States District Court
## Southern District of Illinois
**Monica A. Stump**
Clerk of Court

| | |
|---|---|
| Office of The Clerk | Tel: 618.482.9371 |
| 750 Missouri Avenue | Fax: 618.482.9383 |
| East St. Louis, Illinois 62201 | |

July 28, 2025

Clerk of the Court
James D. Todd United States Courthouse
111 S. Highland Avenue
Jackson, TN  38301

Dear Sir/Madam:

   **Re:**   **USA vs. Dallas Baker**
            **Western District of Tennessee Case No.: 25-cr-10030-JDB**
            **Southern District of Illinois Case No.: 25-mj-7161-MAB**

On July 28, 2025 an initial appearance and removal hearing were conducted in the above listed case in the Southern District of Illinois.  Electronically filed documents can be accessed using your court's PACER account at our ECF/PACER web address: http://ecf.ilsd.uscourts.gov. In the event you are unable to retrieve the documents, please contact the undersigned for direct transmission.

  Please acknowledge receipt of this letter and return via e-mail to the undersigned.

  Thank you.

                                          MONICA A. STUMP
                                          CLERK OF THE COURT

                                          By: /s/ Jennifer Jones
                                          Jennifer Jones, Courtroom Deputy
                                          Phone: 618-482-9013
                                          Jennifer_Jones@ilsd.uscourts.gov

  **Western District of Tennessee: Receipt Acknowledged on** _____

  **By:** _____